No. 74–963.   First National Bank of Fayetteville et al. *v.* Smith, Comptroller of the Currency, et al. C. A. 8th Cir.   Certiorari denied.

No. 74–965.   Warner Co. *v.* United States.   C. A. 3d Cir.   Certiorari denied.

No. 74–976.   Dunham et al. *v.* United States. C. A. 5th Cir.   Certiorari denied.

No. 74–982.   Hearst Corp. et al. *v.* Los Angeles Newspaper Guild, Local 69, American Newspaper Guild, AFL–CIO, CLC; and
No. 74–1086.   Los Angeles Newspaper Guild, Local 69, American Newspaper Guild, AFL–CIO, CLC *v.* Hearst Corp.   C. A. 9th Cir.   Certiorari denied.

No. 74–988.   McCord, aka Warren, et al. *v.* United States.   C. A. D. C. Cir.   Certiorari denied.

No. 74–1004.   Rogers *v.* Arkansas.   Sup. Ct. Ark. Certiorari denied.

No. 74–1009.   Clear Gravel Enterprises, Inc. *v.* Keil, Director, Bureau of Land Management of Nevada, et al.   C. A. 9th Cir.   Certiorari denied.

No. 74–1092.   Brown *v.* Virginia.   Sup. Ct. Va. Certiorari denied.

No. 74–1016.   Kahn *v.* Dynamics Corporation of America.   C. A. 2d Cir.   Certiorari denied.